

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § | No. 08-12-00014-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| ISRAEL MENDOZA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-1222) |
| | § | |

## <u>CORRECTED  JUDGMENT</u>

The Court has considered this cause on the record and concludes there was error in the summary judgment.  We therefore reverse the judgment of the court below and remand for trial on the merits, in accordance with this Court's opinion.

It appearing to this Court that the trial court issued an order finding Appellant indigent for purposes of appeal, this Court makes no other order with respect thereto.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF JULY, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J. (Not Participating)